# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-21-39-G |
| | ) |
| TRACI M. ASHFORD and | ) |
| DARIUS HEAD, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is Plaintiff United States' Unopposed Motion to Amend Indictment (Doc. No. 48). The United States requests that the February 19, 2021 Indictment (Doc. No. 1) be amended to correct a potential scrivener's error by substituting the name "Darius Head" for "Darius Doeshun Head" in the style and body of the Indictment.

For good cause shown, and there being no objection by any party, and no dispute as to the identity of Defendant Darius Head, the Unopposed Motion (Doc. No. 48) is GRANTED. *See, e.g.*, *United States v. Calderon-Rodriguez*, 811 F. Supp. 2d 561, 562 (D.P.R. 2011) (granting government's motion to amend indictment where correcting the typographical error did not "affect[] the substance of the indictment or the crimes for which the defendant ha[d] been indicted"). The Court ORDERS that the Indictment shall be and is amended in the manner described to reflect that "Darius Head" is the identified Defendant. The case caption in this matter shall be updated accordingly.

The pending motions relevant to previous trial settings (Doc. Nos. 34, 44) are

DENIED AS MOOT.

IT IS SO ORDERED this 15th day of July, 2021.

CHARLES B. GOODWIN
United States District Judge